**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| VS. | : | **1 : 25-MJ-16 (ALS)** |
| | : | |
| | : | |
| **CARLAN TRAVIS PENNEY, JR.,** | : | (Case No. 4:25-MJ-03130 (NCC)(E.D. Mo.)) |
| | : | |
| | : | |
| Defendant. | : | |

---

## ORDER OF TEMPORARY DETENTION PENDING HEARING

The above-named Defendant appeared before the undersigned for an Initial Appearance pursuant to Rule 5(c)(3)of the FEDERAL RULES OF CRIMINAL PROCEDURE. Defendant was provided a copy of the warrant for his arrest and the Complaint, and was advised of his right to remain silent, his right to counsel, the charges and their maximum penalties, and the provisions of Rule 20. Defendant waived representation for purposes of an identity hearing only. Following an identity hearing, the Court determined that Defendant is the individual named in the Complaint.

The Government has moved for pretrial detention of Defendant. Defendant did not waive his right to a preliminary hearing or his right to a detention hearing, and requested that these hearings be held in this district.

Accordingly, IT IS ORDERED AND DIRECTED that a hearing shall be held herein to determine both whether there is probable cause to believe that an offense has been committed and whether any condition or combination of conditions can be set to reasonably assure the appearance of Defendant as required and the safety of any other person and the community.

IT IS FURTHER ORDERED AND DIRECTED that said hearing be held before the undersigned **at 10:00 a.m. on March 17, 2025.** In the meantime, Defendant SHALL REMAIN IN THE CUSTODY OF THE U.S. MARSHAL who shall produce Defendant for said hearing at

the time and place set forth above.  Defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **SO ORDERED AND DIRECTED**, this 10th day of March, 2025.


        **s/ *Alfreda L. Sheppard***
        UNITED STATES MAGISTRATE JUDGE