SUPPRESSED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | 2544-0307-0993-J |
| | ) | Case No. 4:25-mj-03130-NCC |
| CARLAN TRAVIS PENNEY JR. | ) | FID: 11776330 |
| | ) | USMS #: 65299-511 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLAN TRAVIS PENNEY JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 2422(b) – Coercion and Enticement
18 USC 2423(a) – Transportation of Minors

DETENTION

Date: 03/07/2025

_Judge's signature_

City and state: St. Louis, Missouri

Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/08/2025, and the person was arrested on *(date)* 03-08-2025
at *(city and state)* Cordele, GA.

Date: 03-10-2025

_Arresting officer's signature_

Special Agent Josh Mixon
*Printed name and title*

AUSA: Michael K. Hayes