UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA,
ALBANY DIVISION

Filed at  3:00 PM
3/10, 2025
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Carlan Travis Penney, Jr.

**WAIVER OF ATTORNEY**

CASE NUMBER: 1:25-MJ-16 (ALS)

The United States Magistrate Judge has fully explained the following to me:

1. *The nature of the charges against me;*

2. *The nature and the purpose of the proceedings being held; and,*

3. *My right to be represented by an attorney at these proceedings and throughout the case. The Magistrate Judge has also explained my right to have an attorney appointed to represent me at no expense to me, if I cannot afford to pay an attorney myself.*

I understand that even if I give up my right to be represented by an attorney at these proceedings before the Magistrate Judge, I am not giving up my right to be represented by an attorney at any future proceedings in this case.

I understand all these rights the Magistrate Judge has advised me of and I freely and voluntarily WAIVE my right to legal representation in the above-captioned matter.

This 10th day of March, 2025.

_____
Defendant

Accepted

Alfreda L. Sheppard
~~THOMAS Q. LANGSTAFF~~
UNITED STATES MAGISTRATE JUDGE