IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>CARLAN TRAVIS PENNEY, JR.,<br><br>Defendant. | 1 : 25-MJ-16 (ALS)<br><br>Case No. 4:25-MJ-03130 (NCC) (E.D. Mo.)) |

**ORDER OF REMOVAL**

The above-named Defendant appeared before the undersigned on March 10, 2025 for an Initial Appearance pursuant to Rule 5(c)(3) of the FEDERAL RULES OF CRIMINAL PROCEDURE. Defendant was provided a copy of the warrant for his arrest and the Complaint, and was advised of his right to remain silent, his right to counsel, the charges and their maximum penalties, and the provisions of Rule 20. Defendant waived representation for purposes of an identity hearing only. Following an identity hearing, the Court determined that Defendant is the individual named in the Complaint.

The Government has moved for pretrial detention of Defendant. Defendant has now reserved any right he may have to a preliminary hearing and any right he may have to a detention hearing in the Eastern District of Missouri.

Based on the copy of the arrest warrant naming the Defendant and a finding that the Defendant's identity has been established, the Defendant is hereby ORDERED REMOVED to the Eastern District of Missouri to answer the said charges.

Accordingly, the United States Marshal for this district is hereby ORDERED to remove CARLAN TRAVIS PENNEY, JR. to the Eastern District of Missouri, and there

deliver him to the United States Marshal for that District or to such other judicial officer authorized to receive him.

**SO ORDERED**, this 17th day of March, 2025.

                                            s/ ***ALFREDA L. SHEPPARD***
                                      UNITED STATES MAGISTRATE JUDGE